```
            IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )           8:10CR152
                              )
         v.                   )
                              )
RANDY JOHNSON,                )              ORDER
                              )
              Defendant.      )
_____)
```

This matter is before the Court on defendant's motion to restrict (Filing No. 23). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion to restrict is granted; Filing No. 24 shall remain restricted until further order of the Court.

DATED this 8th day of December, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court